UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DUDLEY HARRIS,

                                    Plaintiff,

              vs                                         9:08-CV-271

FISCHER, Commissioner; SUPT. CORCORAN;
MAHER, Deputy Supt. of Sec.; MR. ROCKER,
Captain; LT. MAUHIR; LT. SIGNOR; EMERSON,
Sergeant; K. STEVENSON, F.O.I.L. Officer; A.
COSTILLO, Senior Mail Clerk; MR. BUTLER,
CORP, MR. PETERS, DeNOTO, MR. MOORE,
LUZIANI, SAVILLE, and MR. BROWN, Each
Correctional Officers; R. CHAPIN, Captain,
SGT. APPLEBY, T. NAPOLI, Grievance
Supervisor, B. RAWLEIGH, Facility Maintenance,
DAVID BABIARZ, Facility Parole Officer,
HOLLENBECK, Correctional Counselor,
JOHN BLAKE, Correctional Officer, Each of
Cayuga Correctional Facility; JAMES LoveLACE,
Senior Investigator; C. RAMSAY, Correctional
Officer, Cayuga Correctional Facility; and NYS
DEPT OF CORRECTIONAL SERVICES,

                                    Defendants.


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                          OF COUNSEL:

DUDLEY HARRIS
Plaintiff, Pro Se
99-B-1293
Cayuga Correctional Facility
PO Box 1186
Moravia, New York 13118

HON. ANDREW M. CUOMO
Attorney General of the
   State of New York
Attorney for Defendants
Department of Law
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

Plaintiff, Dudley Harris, brought this civil rights action pursuant to 42 U.S.C.

§ 1983.  By Report-Recommendation dated April 15, 2008, the Honorable Randolph F.

Treece, United States Magistrate Judge, recommended that the complaint be dismissed

pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e)(2)(B)(ii); that prior to dismissal of

plaintiff's complaint, plaintiff be provided an opportunity to cure the deficiencies of his

pleading by filing an amended complaint that complies with the instructions within the Report-

Recommendation; and that in the event plaintiff does not file a proper amended complaint,

that the action be dismissed.  The plaintiff has not filed any objections to the Report-

Recommendation; however, he did file an amended complaint on April 29, 2008.

Based upon a careful review of the entire file and the recommendations of

Magistrate Judge Treece, the Report-Recommendation is accepted and adopted in all

respects.  See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that the plaintiff's amended complaint (Docket No. 8) is referred to the

Magistrate Judge for review and determination of compliance as directed in the Report-

Recommendation.

IT IS SO ORDERED.

Dated:   June   3 2008
         Utica, New York.

_____
United States District Judge