UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

DUDLEY HARRIS,

                        Plaintiff,

        vs                                                    9:08-CV-271

FISCHER, et al

                        Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

APPEARANCES:

DUDLEY HARRIS
Plaintiff, Pro Se
99-b-1293
Franklin Correctional Facility
PO Box 10
Malone, NY 12953

HON. ANDREW M. CUOMO                DOUGLAS J. GOGLIA, ESQ.
Attorney General of the                  Asst. Attorney General
  State of New York
Attorney for Defendants
Department of Law
The Capitol
Albany, New York 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

       The above action was transferred in from the Western District of New York in March 2008. A Stipulation of Dismissal was filed in this district on April 12, 2010. Plaintiff, Dudley Harris, has now requested that that contract be rescinded and the matter be placed on the active trial calendar due to defendants' failure to pay the agreed upon amount to settle the matter. Defendants responded. By Report-Recommendation dated September 2, 2010, the

Honorable Randolph F. Treece, United States Magistrate Judge, recommended that plaintiff's letter motion (Docket No. 81) be denied. The plaintiff has not objected to the Report-Recommendation.

Based upon a careful review of the file, and the recommendations of Magistrate Judge Treece, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. Plaintiff's letter motion (Docket No. 81) is DENIED.

2. The file will not be reopened.

IT IS SO ORDERED.

Dated: September 27, 2010
Utica, New York.

United States District Judge